IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 15370 |
| | ) | |
| | ) | Claim No: (11179 – |
| | | 1801 East Ninth Street, Cleveland, OH) |

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8006, Fed.R.Bankr.P., Ohio Savings Plaza f.k.a. Penton / Park Plaza Investment Tower Job, (Claim No. 11179) respectfully submits its Designation of Items to be Included in the Record on Appeal.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Designation of Items to be Included in the Record on Appeal**

| Date | Docket No. | Description |
|---|---|---|
| 9/1/2005 | 9311 | Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims filed by Speights & Runyan |
| 9/1/2005 | 9315 | Debtors' Fifteenth Omnibus Objection to Claims |
| 9/22/2005 | 9501 | Scheduling/Case Management Order for Thirteenth Omnibus Objection to Claims |
| 9/30/2005 | 9546 | Debtors' Brief in Support of Disallowance & Expungement of 1900 Improper Claims filed by Speights & Runyan |
| 10/21/2005 | 10014 | Anderson Memorial's Motion for Class Certification |
| 10/24/2005 | 10001 | Speights & Runyan's Response to Debtors' Brief in Support of Disallowance & Expungement of 1900 Claims filed by Speights & Runyan |
| 10/26/2005 | 10837 | Debtors' Reply Brief in Support of Disallowance & Expungement of Improper Claims |
| 12/12/2005 | | Notice of 30(b)(6) Deposition re: 1. The debtors' knowledge how many of the 200,000 + creditors mentioned in its December 2, 2005 response to Anderson Memorial Hospital's motion for class certification owned buildings to which asbestos-containing materials manufactured, sold or distributed by W. R. Grace & Co had been placed or were otherwise thought to be creditors holding potential property damage claims against the debtors. 2. The debtors' knowledge, if any, of what efforts the debtor has made to identify, list, catalog or otherwise find buildings in which asbestos-containing materials manufactured, sold or distributed by W. R. Grace & Co |
| 12/12/2005 | | Notice of 30(b)(6) Deposition re: The debtors' knowledge and efforts to determine the address, building, location or owners of buildings in which asbestos-containing materials manufactured by W. R. Grace & Co. were installed or delivered. |

| Date | Doc # | Description |
|---|---|---|
| 12/19/2005 | 11365 | Debtors' Motion for Protective Order as to 30(b0(6) Deposition |
| 12/19/2005 | 11408 | Scheduling Order |
| 12/19/2005 | 11473 | Hearing Transcript |
| 12/22/2005 | 11428 | Debtors' Reply Memorandum with Respect to Fifteenth Omnibus Objection |
| 1/10/2006 | 11522 | Anderson Memorial Hospital's Response to Motion for Protective Order |
| 1/13/2006 | 11547 | Debtors' Brief Describing the Prupose that Publication Notice Served in the Debtors' Bar-Date Notice-Program |
| 1/20/2006 | 11594 | Speights & Runyan's Sur-reply in Opposition to 13th and 15th Omnibus Objections |
| 1/24/2006 | 11621 | Debtors' Sur-reply in Support of Disallowance of 71 Claims for which Speights & Runyan has not established authority to file as of 3/31/03 bar date |
| 1/25/2006 | 11729 | Transcript of Hearing |
| 1/25/2006 | 11627 | Anderson Memorial's Proposed Reply Memorandum to Debtor's Brief re: the Notice Program and in Support of Class Certification |
| 1/26/2006 | 11707 | Transcript of Hearing |
| 2/3/2006 | 11709 | Anderson Memorial's Further Memorandum in Opposition to the Thirteenth Omnibus Objection – Ratification of Authority |
| 2/3/2006 | 11712 | Debtors' Further Memoradum re: Ratification of Authority to File Claims |
| 8/21/2006 | 13077 | Transcript of Hearing |
| 4/17/2007 | 15210 | Order Expunging 71 Asbestos Property Damage Claims for Failure to Establish Written Authority Prior to the Bar Date |
| 4/17/2007 | 15209 | Memorandum Opinion |

Dated: May 7, 2007

                                        Respectfully submitted,

                                        LOIZIDES, P.A.
Christopher D. Loizides (#3968)
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728 (fax)
E-mail: <u>loizides@loizides.com</u>

By: <u>s/Christopher D. Loizides</u>

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924
Telephone: (803) 943-4444
Facsimile:  (803) 943-4599

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 15370 |
| | ) | |
| | ) | Claim No: (11179 – |
| | | 1801 East Ninth Street, Cleveland, OH) |

### STATEMENT OF ISSUES PRESENTED ON APPEAL

Pursuant to Rule 8006, Fed.R.Bankr.P., Claimant, Ohio Savings Plaza f.k.a. Penton / Park Plaza Investment Tower Job, (Claim No. 11179) respectfully submits its Statement of Issues Presented on Appeal.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Statement of Issues to Be Presented**

A.  Whether the Bankruptcy Court erred in expunging the claimant's asbestos property damage claim on the basis that putative class counsel did not have authority to file the claim on behalf of the claimant who was a member of the putative class.

B.  Whether the Bankruptcy Court erred in expunging the claimant's asbestos property damage claim on the basis that the claimant was precluded as a matter of law from ratifying a timely proof of claim filed on its behalf by putative class counsel of a class that included the claimant, even where the claimant/class member had received no direct or actual notice of the bar date from the Debtors.

C.  Whether the Bankruptcy Court erred in expunging the claimant's asbestos property damage claim without an evidentiary hearing or without making specific findings of fact as to when the claimant received actual notice of the bar date and when the claimant provided authorization (written or oral) to class counsel to file or proceed with the proof of claim on claimant's behalf.

Dated: May 7, 2007

Respectfully submitted,

LOIZIDES, P.A.
Christopher D. Loizides (#3968)
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728 (fax)
E-mail: loizides@loizides.com

By: s/Christopher D. Loizides

SPEIGHTS & RUNYAN
Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599